UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 2 2 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| BOMBARDIER CORPORATION, )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION, )<br>)<br>Defendant/Counterclaimant, )<br>)<br>v. )<br>)<br>ALSTOM TRANSPORTATION, INC. )<br>ALSTOM )<br>BOMBARDIER, INC. )<br>AMERICAN HOME ASSURANCE COMPANY, )<br>THE INSURANCE COMPANY OF THE STATE )<br>OF PENNSYLVANIA, and NATIONAL UNION )<br>FIRE INSURANCE COMPANY OF )<br>PITTSBURGH, PA., )<br>)<br>Counterclaim Defendants )<br>)<br>) | No. 01-2335 (RJL)<br><br>Next Event: n/a |

## JOINT STIPULATION AND ORDER

WHEREAS, the parties to this Stipulation, Plaintiff/Counterclaim Defendant Bombardier Corporation ("Bombardier"), Counterclaim Defendant Alstom Transportation Inc. ("Alstom") and Defendant/Counterclaimant National Passenger Railroad Corporation ("Amtrak") (together, the "Parties"), are continuing their attempts to resolve their dispute through mediation;



WHEREAS, on December 2, 2003, the Court entered the parties' proposed Joint Stipulation and Order, staying proceedings in this matter until January 2, 2004;

WHEREAS, the Parties presently plan to continue efforts to settle their outstanding disputes until March 1, 2004; and

WHEREAS, to allow the Parties to focus their resources on the settlement efforts, the Parties request that the Court continue the present stay of proceedings in this matter until March 1, 2004;

IT IS HEREBY STIPULATED AND AGREED, between and among the Parties hereto, through their undersigned counsel, and subject to the approval of the Court, as follows:

1. The Court shall continue the existing stay of all proceedings in this matter until March 1, 2004.

2. The time for filing any paper or otherwise taking any action in this matter by any party or third party to this litigation shall be tolled until expiration of the stay.

3. This Stipulation and Order shall be without prejudice to the substantive and procedural rights and defenses of the Parties, and all such rights and defenses are expressly preserved, and neither the existence of this Stipulation, its contents, nor the passage of time between the date of this Stipulation and a hearing on the pending Preliminary Injunction Application shall have any impact on the merits of the Preliminary Injunction Application.

Dated: December 19, 2003

PILLSBURY WINTHROP LLP

By: [see attached signature]
Philip Le B. Douglas, Esq. (#311944)

One Battery Park Plaza, 34th floor
New York, NY 10004
(212) 858-1000

*Attorneys for Plaintiff and Counterclaim Defendant Bombardier Corporation*

– and –

WINSTON & STRAWN

By: _____
Timothy M. Broas, Esq. (#391145)

1400 L Street, N.W.
Washington, D.C. 20005
(202) 371-5750

*Attorneys for Counterclaim Defendant Alstom Transportation, Inc.*

ARENT, FOX, KINTNER, PLOTKIN & KAHN

By: _____
Timothy F. Brown, Esq. (#366412)

1050 Connecticut Avenue, NW
Washington, D.C. 20036
(202) 857-6000

*Attorneys for Defendant and Counterclaimant National Railroad Passenger Corporation*

SO ORDERED this ___ day of _____, 2003

_____
The Honorable Richard J. Leon
United States District Judge

PILLSBURY WINTHROP LLP

By: _____
Philip Le B. Douglas, Esq. (#311944)

One Battery Park Plaza, 34th floor
New York, NY 10004
(212) 858-1000

*Attorneys for Plaintiff and Counterclaim Defendant Bombardier Corporation*

– and –

WINSTON & STRAWN

By: _____
Timothy M. Broas, Esq. (#391145)

1400 L Street, N.W.
Washington, D.C. 20005
(202) 371-5750

*Attorneys for Counterclaim Defendant Alstom Transportation, Inc.*

ARENT, FOX, KINTNER, PLOTKIN & KAHN

By: _____
Timothy F. Brown, Esq. (#366412)

1050 Connecticut Avenue, NW
Washington, D.C. 20036
(202) 857-6000

*Attorneys for Defendant and Counterclaimant National Railroad Passenger Corporation*

SO ORDERED this ___ day of _____, 2003

_____
The Honorable Richard J. Leon
United States District Judge

3